```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
            "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/29/99
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions

            Origin: (2) Removed from State Court
            Demand: 1,000,000.00
        Filing fee: Paid $150.00 on 10/29/99 receipt # 00110342
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1         MANOLAKAKIS, GEORGIOS               John S. Hedland
                                                   Hedland Brennan et al
                                                   1227 W. 9th Avenue, Suite 300
                                                   Anchorage, AK 99501
                                                   907-279-5528

DEF 1.1         INSURANCE CORP OF NEW YORK, THE     Gary A. Zipkin
                                                   Guess & Rudd
                                                   510 L Street, Suite 700
                                                   Anchorage, AK 99501
                                                   907-793-2200
                                                   FAX 907-793-2299

                                                   Jeffrey A. Magid
                                                   P. Dennis Maloney PC
                                                   2525 C Street, Suite 425
                                                   Anchorage, AK 99503
                                                   907-770-0007
                                                   FAX 907-222-0007

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
              "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"

                            For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/29/99
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions

            Origin: (2) Removed from State Court
            Demand: 1,000,000.00
        Filing fee: Paid $150.00 on 10/29/99 receipt # 00110342
          Trial by: Jury


Document #   Filed      Docket text

    1 -  1   10/29/99   DEF 1 Notice of Removal.

    2 -  1   11/03/99   Minute Order to petitioner subsequent to removal cc:csl.

    3 -  1   11/17/99   DEF 1 Answer to Complaint.

    4 -  1   11/30/99   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

    5 -  1   12/27/99   PLF 1 motion for partial summary judgment w/att memo, exhs, & affs.

    6 -  1   12/27/99   PLF 1 Request for Oral Argument re: PLF 1 motion for partial summary
                        judgment (5-1) .

    7 -  1   12/29/99   JKS Minute Order that rule 16(b) stat rpt has not been fld; now due w/i
                        15 days. cc: cnsl

    8 -  1   12/29/99   PLF 1 Response to Order re: report of parties planning meeting.

    9 -  1   01/10/00   Stipulation and Order re: extension of time until 1/31/00 for def to
                        file response to plf's mot for partial s/j.  cc:cnsl.

   10 -  1   01/18/00   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 06/22/00; Dispositive motions deadline 07/21/00; Estimate of
                        trial 5 days; TBJ. cc: cnsl

   11 -  1   01/19/00   DEF 1 Response to Order (Notice of compliance w/ 11/30/99 and 12/29/00
                        minute orders.

   12 -  1   01/31/00   DEF 1 motion for FRCP56(F) continuance to 04/14/00 w/proposed order.

   13 -  1   02/02/00   PLF 1 opposition to DEF 1 motion for FRCP56(F) continuance to 04/14/00
                        (12-1) w/att exhs.

   14 -  1   02/25/00   JKS Order granting/denying motion for FRCP56(F) continuance (12-1); def
                        has until 4/3/00 to respond to plf's mot for part sj. cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
                            "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"

                                       For all filing dates


 Document #   Filed      Docket text

   15 -   1   04/03/00   DEF 1 opposition w attached aff & exhibits to PLF 1 motion for partial
                         summary judgment. (5-1)

   15 -   2   04/03/00   DEF 1 cross motion for summary judgment w/att affs and exhs.

   16 -   1   04/04/00   Stipulation for ext of time until 05/03/00 for plf to file reply to
                         def's oppo tto mot for partial sj & to file oppo to def's cross mot for
                         sj.

   16 -   2   04/05/00   Order granting stip at 16-1.  cc: cnsl

   17 -   1   04/28/00   Stipulation for ext of time until 05/15/00 for plf to file reply to
                         def's oppo to mot for partial sj & to file oppo to def's cross mot for
                         sj.

   17 -   2   05/01/00   Order granting stip at 17-1.  cc: cnsl

   18 -   1   05/11/00   PLF 1; DEF 1 Stipulation for extension of time to file reply to def oppo
                         to mot for partial sj & file oppo to def x-mot for sj until 5/19/00.

   18 -   2   05/12/00   Order granting stip. cc: cnsl

   19 -   1   05/19/00   Stipulation for ext of pretrial ddlns until 90 days after Crt hs ruled
                         upon plf's mot for partial sj & def's cross mot for sj.

   20 -   1   05/19/00   PLF 1 reply to opposition to PLF 1 motion for partial summary judgment
                         (5-1)  w/att exhs & aff.

   20 -   2   05/19/00   PLF 1 opposition to DEF 1 cross motion for summary judgment (15-2) w/att
                         exhs & aff.

   19 -   2   05/23/00   JWS Order granting stipulation at dkt 19-1 for ext of all pretrial ddlns
                         until 90 days after ruling on plf's mot for partial summary judgment &
                         def's x-mot for summary judgment.  cc: cnsl

   21 -   1   05/30/00   Stipulation for ext of time until 07/10/00 for def's reply to cross mot
                         for sj.

   21 -   2   05/31/00   Order granting stip for ext of time at 21-1.  cc: cnsl

   22 -   1   06/01/00   PLF 1 Notice of Supplemental authority re: PLF 1 motion for partial
                         summary judgment (5-1) (15-2) w/att exhs.

   23 -   1   07/10/00   DEF 1 reply to opposition to DEF 1 cross motion for summary judgment
                         w/att affs and exhs. (15-2) and response to supplemental authority.

   24 -   1   07/14/00   PLF 1 motion (request) for judicial notice.

   25 -   1   07/14/00   DEF 1 Request for Oral Argument re: PLF 1 motion for partial summary
                         judgment w/att memo, exhs, & affs. (5-1), DEF 1 cross motion for summary
                         judgment w/att affs and exhs. (15-2)

   26 -   1   09/01/00   JKS Minute Order denying motion for partial summary judgment (5-1),
                         motion cross for summary judgment (15-2).  cc: cnsl

   27 -   1   10/20/00   Stipulation re: discovery; discovery ddln extended until 03/15/01.


ACRS: R_VDSDX                    As of 12/01/05 at 3:57 PM by GARRY                        Page 2
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
                    "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 10/27/00 | Stipulation to modify pretrial ddlns to file & serve final wit lists until 02/15/01 & to file & serve disocvery mots, dispo mots & mots in limine until 04/16/01. |
| 29 - 1 | 10/30/00 | JKS Order re: Discovery extended to close 03/15/01. cc: cnsl |
| 28 - 2 | 11/03/00 | JKS Order GRANTING stip (28-1); setting the following dates: Dispositive motions deadline 04/16/01. cc: cnsl |
| 30 - 1 | 02/16/01 | PLF 1; DEF 1 Stipulation to modify the pretrial scheduling order re: extending close of discovery until 8/15/01; final witness lists due 7/15/01, mots in limine & discovery motions due 9/14/01. |
| 30 - 2 | 02/23/01 | JWS Order granting #30 & setting the following dates: Discovery to close 08/15/01; Dispositive motions deadline 09/14/01. cc: cnsl |
| 31 - 1 | 07/03/01 | PLF 1 motion for certification w/att Supreme Court opinion. |
| 31A- 1 | 07/09/01 | PLF 1; DEF 1 Stipulation to indefinitely extend deadlines for close of discovery (08/15/01) and discovery motions (09/14/01). |
| 32 - 1 | 07/12/01 | Stipulation and Order extending to 07/25/01 for defendant to oppose plaintiff's request for certification. cc: cnsl |
| 33 - 1 | 07/13/01 | PLF 1 Final Witness List. |
| 34 - 1 | 07/23/01 | DEF 1 Final Witness List. |
| 35 - 1 | 07/27/01 | PLF 1 reply to opposition to PLF 1 motion for certification (31-1) w/att exhs. |
| 36 - 1 | 07/30/01 | DEF 1 opposition to PLF 1 motion for certification w/att Supreme Court opinion (31-1). |
| 37 - 1 | 08/22/01 | JKS Minute Order denying w/out prejudice motion for certification (31-1). cc: cnsl |
| 38 - 1 | 08/28/01 | JKS Minute Order denying stipulation to indefinitely extend deadlines for close of discovery (31A-1); parties to comply w/orders at dkt 10, 19, 27, 28 and 30 provided order is w/o prejudice to an agreed stip to set new ddlns modifying above orders that will assure final judg in case prior to 9/29/02. cc: cnsl |
| 39 - 1 | 09/27/01 | JKS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 40 - 1 | 10/22/01 | PLF 1; DEF 1 Report re: certification of readiness for trial. Parties not ready to certify. |
| 41 - 1 | 10/24/01 | JKS Minute Order that further stat rpt due by 12/24/01. cc: cnsl |
| 42 - 1 | 12/26/01 | DEF 1 Response to Order: Status Report. parties are unable to certify that this case is ready for trial, but have been exploring settlement possibilities. |
| 43 - 1 | 01/02/02 | JKS Minute Order that further stat rpt due by 4/2/02. cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
                         "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 44 - 1 | 04/05/02 | PLF 1 Parties Report to the court. |
| 45 - 1 | 04/23/02 | DEF 1 motion to withdraw as attorneys for defendant w/att aff. |
| 46 - 1 | 05/02/02 | PLF 1 opposition to DEF 1 motion to withdraw as attorneys for defendant (45-1) w/att aff. |
| 47 - 1 | 05/10/02 | JKS Minute Order re: status conference is set for 5/22/02 at 3:00 p.m. Courtroom #3.   cc: cnsl |
| 47A- 1 | 05/20/02 | DEF 1 motion for withdrawal and substitution of counsel of Guess and Rudd. |
| 48 - 1 | 05/23/02 | JKS Court Minutes [ECR: Elisa Singleton] Status conference held 5/22/02. Court granted def's motion to withdraw as attorneys for defendant (45-1).  Joint submission re: S&P deadlines to be filed w/in 30 days. cc: cnsl |
| 49 - 1 | 06/04/02 | Order granting motion for withdrawal and substitution of counsel of Guess and Rudd (47A-1). cc: cnsl |
| 50 - 1 | 06/21/02 | PLF 1; DEF 1 Parties' joint proposed modifications to the pretrial scheduling order; close of disc be extended to 05/30/03; dispositive mots 3 mos pretrial. |
| 51 - 1 | 07/01/02 | JKS (Amended) Scheduling and Planning Order setting pretrial deadlines: Discovery to close 05/30/03; Dispositive motions deadline 07/30/03. cc: cnsl |
| 52 - 1 | 09/09/02 | DEF 1 motion to stay proceedings until the Alaska Supreme Court rules in Graham -Gonzales and Deitz or rejects the petitions for review w/att memo and exhs. |
| 53 - 1 | 09/27/02 | PLF 1 oppo to DEF 1 mot to stay proceedings until the Alaska Supreme Court rules in Graham-Gonzales and Deitz or rejects the petitions for review (52-1). |
| 54 - 1 | 10/08/02 | PLF 1 reply to opposition to DEF 1 motion to stay proceedings until the Alaska Supreme Court rules in Graham -Gonzales and Deitz or rejects the petitions for review (52-1) w/att exhs. |
| 55 - 1 | 10/15/02 | DEF 1 Request for Oral Argument re: DEF 1 motion to stay proceedings until the Alaska Supreme Court rules in Graham -Gonzales and Deitz or rejects the petitions for review (52-1) . |
| 56 - 1 | 10/21/02 | JKS Minute Order granting mot to stay proceedings (52-1); plf's renewed mot for certification is granted; stat rpt to be fld by 11/12/02 re: appropriate certification to the Alaska Supreme Crt. cc: cnsl |
| 57 - 1 | 11/12/02 | PLF 1 Status Report. |
| 58 - 1 | 11/12/02 | DEF 1 Position Statement re: questions to be certified to AK Supreme Crt w/att exh. |
| 59 - 1 | 11/22/02 | JKS Certification Order; case referred to the Alaska Supreme Crt for possible action on this certification pursuant to Alaska Rule of Appellate Procedure 407. cc: cnsl, Ak Supreme Crt |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
                            "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"
```

|                         | For all filing dates |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 60 - 1     | 12/05/02 | DEF 1 Notice of pending appeal in the Ak Supreme Crt (Nos. S-10666/10755). |
| 61 - 1     | 12/11/02 | Opening Notice that question to AK Supreme Crt is under advisement. |
| 62 - 1     | 03/11/03 | Copy of Order from Supreme Court for the State of Alaska (S-10876): Request for certificatio is GRANTED. Parties to show cause by 02/03/03 why the court should not stay further consideration of the certified question until after it decides Moore v Specialty Ins Co, et al. w cert of distribution attached. |
| 63 - 1     | 04/04/03 | Copy of order from State Supreme Court w briefing schedule. Distributed to parties by State Court on 03/11/03. |
| 64 - 1     | 03/02/05 | Copy of Order from State Supreme Court dated 2/28/05; the questions certified to Supreme Court by the Federal Court are resolved. |
| 65 - 1     | 03/04/05 | JKS Minute Order re parties to provide crt w/status report to be fld by 3/18/05. cc: cnsl |
| 66 - 1     | 03/18/05 | PLF 1 Status Report. |
| 67 - 1     | 03/21/05 | JKS Minute Order that further stat rpt due by 4/25/05. cc: cnsl |
| 68 - 1     | 04/25/05 | PLF 1 Status Report. |
| 69 - 1     | 04/28/05 | JKS Minute Order re status conf set for 5/9/05 at 3:00 p.m. cc: cnsl |
| 70 - 1     | 05/09/05 | JKS Court Minutes [ECR: Linda Christensen] re Status Conf (held 5/9/05); cnsl to file statement of undisputed facts Y wording of any disputed facts & cross-mots for summary judgment by 8/12/05; opp due 8/31/05; reply due 9/16/05; either cnsl may file req for oral argument by 9/21/05; cnsl will look into mediation.  cc: cnsl |
| 71 - 1     | 08/04/05 | PLF 1; DEF 1 Stipulation re: issues relating to damages. |
| 71 - 2     | 08/04/05 | RRB Order granting stipulation re: issues relating to damages (71-1). cc: cnsl |
| 72 - 1     | 08/12/05 | DEF 1 motion for summary judgment w/att exhs. |
| 73 - 1     | 08/12/05 | DEF 1 Statement of undisputed facts. |
| 74 - 1     | 08/12/05 | PLF 1 motion partial summary judgmemt w/memo & att exhs. |
| 75 - 1     | 08/12/05 | PLF 1 proposed joint statement of undisputed facts. |
| 76 - 1     | 08/23/05 | DEF 1 Stipulation for ext of time to file oppo & replies to mots for SJ. |
| 76 - 2     | 08/23/05 | JKS Order granting stipulation for ext of time to file oppo & replies to mots for SJ (76-1); oppo due 9/14/05; replies due 9/30/05. cc: cnsl |
| 77 - 1     | 09/12/05 | DEF 1 Notice of Supplemental Exh in support of DEF 1 motion for summary judgment (72-1) w/att aff. |
| 78 - 1     | 09/13/05 | DEF 1 Notice of filing orig aff of M. Peterson re: supplemental re: DEF 1 motion for summary judgment (72-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
                            "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"

                                         For all filing dates


 Document #    Filed       Docket text

   79 -   1    09/14/05    PLF 1 opposition to DEF 1 motion for summary judgment (72-1).

   80 -   1    09/14/05    DEF 1 opposition to PLF 1 motion partial summary judgmemt (74-1) w/att
                           exhs.

   81 -   1    09/21/05    DEF 1 Request for Oral Argument re: DEF 1 motion for summary judgment
                           (72-1).

   82 -   1    09/30/05    PLF 1 reply to opposition to PLF 1 motion partial summary judgmemt
                           (74-1).

   83 -   1    09/30/05    DEF 1 reply to opposition to DEF 1 motion for summary judgment (72-1).

   84 -   1    10/04/05    PLF 1 Notice to the court re def's reply to mot for partial sj.

   85 -   1    10/12/05    PLF 1 Errata to reply memo re: PLF 1 motion partial summary judgmemt
                           (74-1).

   86 -   1    10/17/05    PLF 1 motion for order determining sufficiency of answers to requests
                           for admissions, deeming matters admitted or compelling responses
                           thereto, determining the sufficiency of objections, compelling answers
                           to interrogatories, and for attorney fees w/att memo & exhs.

   87 -   1    10/21/05    DEF 1 motion to compel w/att memo & exhs.

   88 -   1    10/31/05    DEF 1 opposition to PLF 1 motion for order determining sufficiency of
                           answers to requests for admissions, deeming matters admitted or
                           compelling responses thereto, determining the sufficiency of objections,
                           compelling answers to interrogatories, and for attorney fees (86-1).

   88 -   2    10/31/05    DEF 1 motion for costs and attorney fees.

   89 -   1    11/03/05    PLF 1 reply to opposition to PLF 1 motion for order determining
                           sufficiency of answers to requests for admissions, deeming matters
                           admitted or compelling responses thereto, determining the sufficiency of
                           objections, compelling answers to interrogatories, and for attorney fees
                           (86-1).

   90 -   1    11/03/05    PLF 1 Certificate re: PLF 1 motion for order determining sufficiency of
                           answers to requests for admissions, deeming matters admitted or
                           compelling responses thereto, determining the sufficiency of objections,
                           compelling answers to interrogatories, and for attorney fees (86-1).

   91 -   1    11/04/05    PLF 1 opposition to DEF 1 motion to compel (87-1) w/att aff & exhs.

   92 -   1    11/10/05    JWS Order denying motion for summary judgment (72-1); granting in part
                           motion partial summary judgmemt (74-1). cc: cnsl

   93 -   1    11/15/05    DEF 1 reply to opposition to DEF 1 motion to compel (87-1).

   94 -   1    11/16/05    PLF 1 Stipulation for extension of time until 11/23/05 for the parties
                           to file motions for reconsideration from the court's order dated
                           11/10/05.

   95 -   1    11/21/05    PLF 1 aff of J. Hedland in response to reply in support of DEF 1 motion
                           to compel (87-1).
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F99-0034--CV (JKS)
                    "GEORGIOS MANOLAKAKIS V INSURANCE CORP OF NEW"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 96 - 1 | 11/22/05 | JKS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc: cnsl |
| 97 - 1 | 11/22/05 | JKS Order granting stipulation for extension of time until 11/23/05 for the parties to file motions for reconsideration from crts order dated 11/10/05 (94-1). cc: cnsl |
| 98 - 1 | 11/22/05 | DEF 1 motion for reconsideration of court's order dated 11/10/05 w/att memo & exhs. |
| 99 - 1 | 11/23/05 | PLF 1 motion for reconsideration of 11/10/05 order w/att exhs. |
| 100 - 1 | 11/23/05 | PLF 1 motion (alternate) for summary judgment w/att memo & exh. |
| 101 - 1 | 11/23/05 | DEF 1 Addendum re: DEF 1 motion to compel (87-1). |