FILED
US DISTRICT COURT
DISTRICT OF ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA 2005 DEC -6 PM 3: 19

| | |
|---|---|
| GEORGIOS MANOLAKAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE INSURANCE CORPORATION | ) |
| OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No: F99-0034 Civil (JKS) |

## RESPONSE TO NOVEMBER 22, 2005 ORDER

Pursuant to the last paragraph of this court's order of November 22, 2005, the undersigned notifies this court that counsel is unable to certify as to readiness for trial. Specifically, there are pending discovery motions which, depending upon their resolution, may result in further discovery; there are pending motions for reconsideration of the prior rulings on the summary judgment motions; and settlement discussions are ongoing.

Accordingly, counsel believe that it would be premature to schedule this case for trial. A settlement conference may be of assistance in facilitating the resolution of this case.

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

103

Respectfully submitted at Anchorage, Alaska this 5 day of December, 2005

HEDLAND, BRENNAN & HEIDEMAN
Attorneys for Plaintiff Georgios Manolakakis

John S. Hedland, ABA No. 690301

CERTIFICATE OF SERVICE

I, Rebecca A. Smodey, certify that I am
employed at the law offices of Hedland,
Brennan & Heideman, and that on the 5th day of
December, I caused a true and correct copy of
the foregoing document to be served by regular
U.S. Mail, postage prepaid, on:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, AK 99501

Rebecca A. Smodey

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

Respopnse to November 22, 2005 Order                                    - 2 -