FILED

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Manolokakis v. ICNY*
Case No. F99-0034 CV (JKS)

By:                 THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:       Dan Maus, Case Management: 677-6123*

PROCEEDINGS:        ORDER FROM CHAMBERS

On November 22, 2005, the Court requested that the parties certify this case as ready for trial. Docket No. 96. Plaintiff's attorney has filed a response indicating that setting this case for trial would be improvident given that there are motions pending before the Court. Specifically, Plaintiff's counsel states, "there are pending discovery motions which, depending upon their resolution, may result in further discovery; there are pending motions for reconsideration of the prior rulings on the summary judgment motions." Docket No. 103. On the same day that Plaintiff's counsel filed the response, the Court's Order at Docket No. 102 was issued. The Order denied the discovery motions at Docket Nos. 86 and 87 as well as the motions for reconsideration at Docket Nos. 98 and 99. It appears, therefore, that Plaintiff's counsel's concerns have been dealt with. The only outstanding motion is Plaintiff's alternate motion for summary judgment at Docket No. 100, which is not yet ripe. Regarding this motion, it has not escaped the Court's attention that the dispositive motions deadline has long since passed. *See* Docket No. 51.

**IT IS THEREFORE ORDERED:**

The parties are directed to either certify this case as ready for trial or request a status conference in compliance with the Court's order at Docket No. 96 **on or before Monday, December 19, 2005**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE:  December 13, 2005

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F99-0034--CV (JKS)                    an   12/13/05
-----------------------------------------------
J. HEDLAND (HEDLAND)
G. ZIPKIN (CUESS)

