IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 19 PM 3:31

| | |
|---|---|
| GEORGIOS MANOLAKAKIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE INSURANCE CORPORATION OF NEW YORK, | ) |
| Defendant. | ) |

Case No: F99-0034 Civil

### REQUEST FOR STATUS CONFERENCE

Pursuant to this court's order dated December 13, 2005, the undersigned represents that he has conferred with counsel for defendant and that the parties believe that a status conference in this case would be appropriate. Accordingly, the parties request a status conference.

Respectfully submitted at Anchorage, Alaska this 19th day of December, 2005

HEDLAND, BRENNAN & HEIDEMAN
Attorneys for Plaintiff Georgios Manolakakis

John S. Hedland, ABA No. 690301

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

106

CERTIFICATE OF SERVICE

I, Rebecca A. Smodey, certify that I am employed at the law offices of Hedland, Brennan & Heideman, and that on the 19th day of December, I caused a true and correct copy of the foregoing document to be served by regular U.S. Mail, postage prepaid, on:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, AK 99501

_____
Rebecca A. Smodey

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

Request for Status Conference                                        -2-