FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 20 AM 11: 30

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GEORGIOS MANOLAKAKIS, )
)
Plaintiff, )
)
vs. )
)
THE INSURANCE CORPORATION )
OF NEW YORK, )
)
Defendant. )
_____ )

Case No: F99-0034 Civil (JKS)

### STIPULATION

The parties hereto by their undersigned attorneys stipulate and agree that plaintiff shall have until January 6, 2006 within which to file his reply memorandum in support of his alternate motion for summary judgment. The reason for this stipulation is the fact that the parties are involved in intensive settlement discussions utilizing the services of mediator former Superior Court Judge James Hanson, and the extension will facilitate said discussions.

Respectfully submitted at Anchorage, Alaska this 17 day of December 2005.

HEDLAND, BRENNAN & HEIDEMAN
Attorneys for Plaintiff Georgios Manolakakis

FILED
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

_____
John S. Hedland    ABA No. 6903014

It is so ORDERED
Dated: 12/21/05
_____
United States District Judge

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

F99-0034--CV (JKS)  BM 12-22-05
J. HEDLAND (HEDLAND)
G. ZIPKIN (GUESS)

Respectfully submitted at Anchorage, Alaska this 19th day of December 2005.

GUESS & RUDD, P.C.
Attorneys for Defendant INSCORP

_____
Gary A. Zipkin    ABA No. 7505048

CERTIFICATE OF SERVICE

I, Rebecca A. Smodey, certify that I am employed at the law offices of Hedland, Brennan & Heideman, and that on the 19 day of December 2005, I caused a true and correct copy of the foregoing document to be served via courier, on:

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, AK 99501

_____
Rebecca A. Smodey

LAW OFFICES
HEDLAND, BRENNAN & HEIDEMAN
A PROFESSIONAL CORPORATION
1227 WEST NINTH AVENUE, SUITE 300
ANCHORAGE, ALASKA 99501-3218
(907) 279-5528

Stipulation for Extension of Time    2
B2285