FILED

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Manolakakis v. ICNY*
Case No. F99-0034 CV (JKS)

By:                    THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:          Dan Maus, Case Management: 677-6123*

PROCEEDINGS:           ORDER FROM CHAMBERS

     The parties have filed a stipulation indicating that settlement negotiations are presently being mediated by Judge James Hanson. Docket No. 107. Plaintiff has also filed a request for a status conference. Docket No. 106. The motion for a status conference is **DENIED without prejudice** to refiling. Should settlement negotiations breakdown, the request may be refiled.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 21, 2005

\*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F99-0034--CV (JKS)    am 12-22-05
------------------------------------------------
J. HEDLAND (HEDLAND)
ZIPKIN (GUESS)

108