Pamela A. Weiss, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS,           )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>vs.                              )<br>                                 )<br>THE INSURANCE CORPORATION        )<br>OF NEW YORK,                     )<br>                                 )<br>          Defendant.            )<br>                                 )<br>_____) | Case No. 4:99-cv-34-JKS |

REQUEST FOR ORAL ARGUMENT
(Local Rule 7.2(a))

Pursuant to Local Rule 7.2(a), The Insurance Corporation of New York ("INSCORP"), by and through its attorneys, Guess & Rudd P.C., hereby requests oral argument on plaintiff's Alternate Motion for Summary Judgment dated November 23, 2005.

DATED at Anchorage, Alaska, this 10th day of January, 2006.

          GUESS & RUDD P.C.
          Attorneys for Defendants

          By:    S/Pamela S. Weiss
              Guess & Rudd P.C.
              510 L Street, Suite 700
              Anchorage, Alaska  99501
              Phone: 907-793-2200
              Fax:   907-793-2299
              Email: pweiss@guessrudd.com
              Alaska Bar No. 0305022

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the 10th day of January, 2006, a copy of the foregoing document was served electronically on:

John Hedland, Esq.

Guess & Rudd P.C.

By:   S/Pamela A. Weiss

REQUEST FOR ORAL ARGUMENT
<u>Manolakakis v. INSCORP</u>; USDC Case No. 4:99-cv-34-JKS
Page 2 of 2