# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Manolakakis v. INSCORP*
Case No. 4:99-cv-0034-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

      This case was recently transferred from the Honorable James K. Singleton to this Court. The discovery completion and dispositive motions dates have passed. Currently pending are Plaintiff's motion for summary judgment at Docket No. 100, and INSCORP's request for oral argument at Docket No. 110. The request for oral argument at **Docket No. 110** is **GRANTED**. Oral argument will be held on **Monday, April 3, 2006 at 10:00 a.m.** In addition to discussing the motion for summary judgment, the parties should anticipate providing the Court with a brief synopsis of the proceedings to date, discussing the progress of settlement negotiations, and indicating what needs to occur to bring this case to a conclusion.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: <u>March 17, 2006</u>