IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE INSURANCE CORPORATION | ) |
| OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |
| _____) | Case No: F99-0034 Civil |

**UNOPPOSED MOTION TO
CONTINUE ORAL ARGUMENT**

Plaintiff respectfully moves this court to continue the oral argument from the currently scheduled date of April 3, 2006. Plaintiff is advised that defendant does not oppose this motion.

Respectfully submitted at Anchorage, Alaska this 17th day of March 2006.

        HEDLAND, BRENNAN & HEIDEMAN
        Attorneys for Plaintiff Georgios Manolakakis
        s/John S. Hedland
        Anchorage, Alaska 99501
        Phone: (907) 279-5528
        Fax: (907) 278-0877
        E-mail: jhedland@hbhc.alaska.net
        ABA No.: 690301

CERTIFICATE OF SERVICE
I hereby certify that on 3/17/06 a copy of the foregoing
was served electronically on:
Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, AK 99501
s/John S. Hedland