IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE INSURANCE CORPORATION )<br>OF NEW YORK, )<br>)<br>Defendant. )<br>_____) | Case No: F99-0034 Civil |

**PROPOSED ORDER**

It is ORDERED that the oral argument on the pending Motions for Summary Judgment be rescheduled for _____, 2006.

DATED this _____ day of _____, 2006.

_____
United States District Judge

CERTIFICATE OF SERVICE
I hereby certify that on 3/17/06 a copy of the foregoing
was served electronically Mail on:
Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, AK 99501
s/John S. Hedland