IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE INSURANCE CORPORATION )<br>OF NEW YORK, )<br>)<br>Defendant. )<br>_____) | Case No: F99-0034 Civil |

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT**

Counsel for plaintiff is scheduled to be out of town on April 3, 2006 and accordingly plaintiff requests a continuance of the oral argument scheduled for that date. Dates that would not create problems for the parties are April 6 and April 7, the week of April 10 (except for April 13) and April 20 or 21.

Respectfully submitted at Anchorage, Alaska this 17th day of March 2006.

HEDLAND, BRENNAN & HEIDEMAN
Attorneys for Plaintiff Georgios Manolakakis
s/John S. Hedland
Anchorage, Alaska 99501
Phone: (907) 279-5528
Fax: (907) 278-0877
E-mail: jhedland@hbhc.alaska.net
ABA No.: 690301

CERTIFICATE OF SERVICE
I hereby certify that on 3/17/06 a copy of the foregoing
was served electronically on:
Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, AK 99501
s/John S. Hedland