IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS,            )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>      vs.                                              )<br>                                                          )<br>THE INSURANCE CORPORATION  )<br>OF NEW YORK,                              )<br>                                                          )<br>            Defendant.                      )<br>_____) | Case No: 4:99-cv-0034-TMB |

## **ORDER**

It is ORDERED that the oral argument on the pending motions for summary judgment be rescheduled for **Thursday, April 6, 2006, at 10:00 a.m**.

DATED this  20th  day of March, 2006.

                                                      /s/ Timothy M. Burgess
                                                    Timothy M. Burgess
                                                    United States District Judge