Pamela D. Weiss, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS,               )<br>                                     )<br>           Plaintiff,               )<br>                                     )<br>vs.                                  )<br>                                     )<br>THE INSURANCE CORPORATION            )<br>OF NEW YORK,                         )<br>                                     )<br>           Defendant.               )<br>                                     )<br>_____) | Case No. 4:99-cv-34-TMB |

INSCORP'S REPORT RE:
PARTICIPATION IN JUDICIAL SETTLEMENT CONFERENCE

Pursuant to the Court's Minute Order dated April 6, 2006, the Insurance Corporation of New York ("INSCORP"), by and through its attorneys, Guess & Rudd P.C., hereby reports to the court concerning its willingness to proceed with a judicial settlement conference.

INSCORP is willing to proceed with a judicial settlement conference.  In addition, a representative of INSCORP

would like to be present at the settlement conference. However, the individual who would serve as INSCORP's representative is unavailable until after June 15, 2006, due to previously scheduled commitments.

DATED at Anchorage, Alaska, this 13th day of April, 2006.

>GUESS & RUDD P.C.
>Attorneys for Defendants
>
>By: _____S/Pamela D. Weiss_____
>    Guess & Rudd P.C.
>    510 L Street, Suite 700
>    Anchorage, Alaska  99501
>    Phone: 907-793-2200
>    Fax:   907-793-2299
>    Email: pweiss@guessrudd.com
>    Alaska Bar No. 0305022

CERTIFICATE OF SERVICE
I hereby certify that on the
13th day of April, 2006, a copy
of the foregoing document was served
electronically on:

John Hedland, Esq.

Guess & Rudd P.C.


By:   S/Pamela D. Weiss