IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GEORGIOS MANOLAKAKIS,

                    Plaintiff,

        vs.

THE INSURANCE CORPORATION OF
NEW YORK,

                    Defendant.

Case No. 4:99-cv-0034-TMB


O R D E R

At request of counsel, this case is referred to the Honorable James A. von der Heydt for a settlement conference. All pending motions are **DENIED WITHOUT PREJUDICE** to refiling in the event that settlement negotiations break down. In preparation for scheduling a conference counsel shall deliver a candid settlement brief to Judge von der Heydt's chambers no later than **May 1, 2006.** Each party's brief shall be prepared in conformity with the attached appendix. The parties are directed to confer and include in one of the briefs two suggested dates when all parties are available for conference. The brief may be lodged under seal at the clerk's office, or faxed directly to the settlement judge at (907) 677-6267.

After careful review of each position, the settlement judge will schedule a conference only if there is reason to believe that settlement of this case may be negotiated with the court's assistance.

At any conference scheduled, counsel shall appear with full authority to settle all issues of this litigation; if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time specified.

1

Counsel are reminded that a party's settlement position may not be disclosed to anyone without the party's consent, and it is not admissible as evidence.

Dated at Anchorage, Alaska, this 17 day of April, 2006.

/s/ Timothy M. Burgess

**TIMOTHY M. BURGESS**
United States District Judge

ORDER

APPENDIX

(1)     Each attorney shall deliver to the settlement judge an informal statement of his or her client's position regarding settlement.  The strengths and weaknesses of the client's case position must be candidly disclosed and appraised.

(2)     The statement required by paragraph (1) may not exceed twenty pages (including attachments) double-spaced, on standard 8-1/2" x 11" paper.

(3)     If Plaintiff seeks monetary damages, a specific reasonable dollar figure requested by Plaintiff must be set forth.  If Plaintiff is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

(4)     Defendant must set forth its present reasonable dollar figure offer.  Likewise, if Defendant is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons no such figure can be included.

(5)     Counsel shall confer and include in one of the settlement briefs two dates on which all counsel are available in person for the conference.  In scheduling any conference, the settlement judge will make every effort to accommodate counsel's preferences.

ORDER

T:\Manolakakis settlconf.wpd