Pamela D. Weiss, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: pweiss@guessrudd.com


Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


GEORGIOS MANOLAKAKIS,            )
                                 )
                Plaintiff,       )
                                 )
vs.                              )
                                 )
THE INSURANCE CORPORATION        )
OF NEW YORK,                     )
                                 )
                Defendant.       )
                                 )
_____)    Case No. 4:99-cv-34-TMB


REPORT OF PARTIES RE: READINESS FOR TRIAL


        Pursuant to the Court's Order dated April 10, 2006, the
parties, by and through their respective attorneys, hereby report
that they are unable to certify that the case is ready for trial.


        As an initial matter, the parties are unable certify
that settlement is remote.  The parties have agreed to
participate in a judicial settlement conference and hope that the
case will settle as a result.

Further, if the case does not settle, there may be additional motion practice and/or discovery. For example, plaintiff may choose to refile his Alternate Motion for Summary. The court's ruling on such motion will likely impact the scope of issues to be tried, and will assist the parties in determining whether any additional discovery is needed before trial.

DATED at Anchorage, Alaska, this 21st day of April, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants

By:  s/Pamela D. Weiss
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: pweiss@guessrudd.com
        Alaska Bar No. 0305022

HEDLAND, BRENNAN & HEIDEMAN, PC
Attorneys for Plaintiff

By:  s/John S. Hedland
        Hedland, Brennan & Heideman, PC
        1227 W. 9th Ave., Suite 300
        Anchorage, Alaska  99501
        Phone:  907-279-5528
        Fax:    907-278-0877
        Alaska Bar No. 6903014