**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

```
GEORGIOS MANOLAKAKIS,          )
                               )
       Plaintiff,              )
                               )   Case No. 4:99-cv-00034 (TMB)
vs.                            )
                               )   ORDER SCHEDULING
THE INSURANCE CORPORATION      )   SETTLEMENT CONFERENCE
OF NEW YORK,                   )
                               )
       Defendant.              )
_____)
```

  IT IS ORDERED:

  1. THAT a settlement conference convene in the Anchorage chambers of the undersigned judge on Tuesday, June 20, 2006, at 9:30 a.m.

  2. THAT at said conference all counsel appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time above-specified.

  DATED at Anchorage, Alaska, this Eighth day of May 2006.


            /s/ James A. von der Heydt
            James A. von der Heydt
            United States District Judge