Pamela D. Weiss, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS,<br><br>                Plaintiff,<br><br>vs.<br><br>THE INSURANCE CORPORATION<br>OF NEW YORK,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:99-cv-34-TMB |

STATUS REPORT

     Pursuant to the Court's Order dated May 9, 2006, the parties, by and through their respective attorneys, hereby report on the status of the case.

     Mr. Manolakakis alleges that The Insurance Corporation of New York ("INSCORP") failed properly to offer uninsured/underinsured coverage to the owner of a vehicle.  Mr. Manolakakis was the permissive driver of that insured vehicle when he was injured in an accident caused by a third party.

Mr. Manolakakis filed suit in state court and INSCORP removed the case to federal court on the basis of diversity jurisdiction.

The status of the case with respect to motion practice and trial was addressed in general terms during the status conference on April 6, 2006.  Thereafter, the parties reported that they could not certify that the case is ready for trial in part because of the pending settlement conference.  <u>See</u> Report Re: Readiness for Trial (April 21, 2006).

The parties will participate in a judicial settlement conference with Judge von der Heydt on June 20, 2006.  However, if the parties are unable to reach a settlement, the case will proceed to trial following the completion of motion practice, including the refiling of Mr. Manolakakis' Alternate Motion for Summary Judgment.  The parties anticipate that trial will last no more than three days.  Neither party requested a jury trial.

DATED at Anchorage, Alaska, this _____ day of May, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants

By: s/Pamela D. Weiss
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: 907-793-2200
Fax:   907-793-2299
Email: pweiss@guessrudd.com
Alaska Bar No. 0305022

HEDLAND, BRENNAN & HEIDEMAN, PC
Attorneys for Plaintiff

By: s/John S. Hedland
Hedland, Brennan & Heideman, PC
1227 W. 9th Ave., Suite 300
Anchorage, Alaska  99501
Phone: 907-279-5528
Fax:   907-278-0877
Alaska Bar No. 6903014