**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*George Manolakakis*          v.          *Insurance Corp. of New York*

Case No. 4:99-CV-00034 TMB

THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
      Plaintiff: John Hedlund
      Defendant: Pamela Weiss, Gary Zipkin

l. davis, secretary

===============================================================

**ORDER FROM CHAMBERS**

        Settlement conference held.  Case settled in its entirety.
Counsel for defendant to prepare final dismissal documents to be approved
by plaintiff's counsel.

DATED:  <u>June 20, 2006</u>                    by: <u>mld</u>