Pamela D. Weiss, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGIOS MANOLAKAKIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE INSURANCE CORPORATION )<br>OF NEW YORK, )<br>)<br>Defendant. )<br>) | <br><br><br><br><br><br><br><br><br><br>Case No. 4:99-cv-34-TMB |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby stipulate and agree that all claims asserted by Georgios Manolakakis in the above-captioned action against The Insurance Company of New York ("INSCORP") are dismissed in their entirety, with prejudice, each party bearing its own costs and attorney's fees.

DATED at Anchorage, Alaska, this __24__ day of July, 2006.

          GUESS & RUDD P.C.
          Attorneys for Defendants

          By: __s/Pamela D. Weiss__
              Guess & Rudd P.C.
              510 L Street, Suite 700
              Anchorage, Alaska 99501
              Phone: 907-793-2200
              Fax:   907-793-2299
              Email: pweiss@guessrudd.com
              Alaska Bar No. 0305022

DATED at Anchorage, Alaska, this __24__ day of July, 2006.

          HEDLAND, BRENNAN & HEIDEMAN, PC
          Attorneys for Plaintiff

          By: __s/John S. Hedland__
              Hedland, Brennan & Heideman, PC
              1227 W. 9th Ave., Suite 300
              Anchorage, Alaska 99501
              Phone: 907-279-5528
              Fax:   907-278-0877
              Alaska Bar No. 6903014